**FILED**

November 8, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  2:10-cr-432 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| MICHAEL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Taylor;</u> Case  <u>2:10-cr-432 GEB</u>  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

      —      Release on Personal Recognizance

      —      Bail Posted in the Sum of _____

      —      Unsecured bond in the amount of

      —      Appearance Bond with 10% Deposit

      <u>X</u>      Appearance Bond secured by Real Property in the amount of $70,000

            and $30,000 Cash.

      —      Corporate Surety Bail Bond

      <u>X</u>      (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>11/8/2010</u>      at  2 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge