William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Defendant: Michael Taylor

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No: 2:10-cr-432 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Michael TAYLOR, ) | |
| ) | |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |
| ) | |
| ) | |

The defendant, Michael Taylor, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, February 11, 2011 at 9:00 am be vacated and continued until Friday, March 4, 2011 at 9:00 am.

A continuance is necessary to provide counsel with additional time for continued case preparation, investigation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Michael Beckwith, to sign and submit this stipulation and proposed order on his behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant, Michael Taylor, should be continued until Friday, March 4, 2011 at 9:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: February 9, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
MICHAEL BECKWITH
Assistant United States Attorney

Dated: February 9, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
MICHAEL TAYLOR

## **ORDER**

IT IS SO ORDERED THAT the status conference for defendant, Michael Taylor, currently set for Friday, February 11, 2011 at 9:00 am should be vacated and continued to Friday, March 4, 2011 at 9:00 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation, investigation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from Friday, February 11, 2011 up to and including Friday, March 4, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

**Date: 2/9/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge