1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:10-cr-432 GEB
                                    )
14             Plaintiff,           )  **STIPULATION AND ORDER**
                                    )  **CONTINUING STATUS CONFERENCE**
15      v.                          )  **AND EXCLUDING TIME**
                                    )
16 MICHAEL TAYLOR,                  )
                                    )  Date:  Aril 1, 2011
17             Defendant.           )  Time:  9:00 a.m.
                                    )  Judge: Garland E. Burrell, Jr.
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, MICHAEL TAYLOR, through their respective

22 attorneys, that the status conference presently scheduled for April 1,

23 2011, may be continued to May 6, 2011, at 9:00 a.m.

24      The Federal Defender substituted  into the case at the last status

25 conference, has requested additional discovery, and ordered some

26 investigation.  Additional time is needed to complete each of these

27 tasks.  Accordingly, the parties agree that the status conference may be

28 continued to May 6, 2011, and that under the Speedy Trial Act may be

1 excluded through May 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

2 (B)(iv).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6 Dated:  March 31, 2011             /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for MICHAEL TAYLOR
8

9                                    BENJAMIN B. WAGNER
                                     United States Attorney
10

11 Dated:  March 31, 2011            /s/ T. Zindel for M. Beckwith
                                     MICHAEL BECKWITH
12                                   Assistant U.S. Attorney

13

14                           **O R D E R**

15

16      The status conference is continued to May 6, 2011, at 9:00 a.m.  For

17 the reasons set forth above, the court finds that the ends of justice to

18 be served by a continuance outweigh the best interests of the public and

19 the defendant in a speedy trial and therefore excludes time through May

20 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21      IT IS SO ORDERED.

22 Dated:  April 1, 2011

23

24      _____
        GARLAND E. BURRELL, JR.
25      United States District Judge

26

27

28

Stip & Order                        -2-