DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-432 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| MICHAEL TAYLOR, ) | |
| ) | Date: May 6, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for May 6, 2011, may be continued to June 10, 2011, at 9:00 a.m.

    The Federal Defender substituted into the case at the last status conference, has requested additional discovery, and ordered some investigation. Additional time is needed to complete each of these tasks. Accordingly, the parties agree that the status conference may be continued to June 10, 2011, and that under the Speedy Trial Act may be

1  excluded through June 10, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
2  (B)(iv).
3                                      Respectfully submitted,
4                                      DANIEL J. BRODERICK
                                       Federal Defender
5
6  Dated:  May 3, 2011                 /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for MICHAEL TAYLOR
8
9                                      BENJAMIN B. WAGNER
                                       United States Attorney
10
11 Dated:  May 3, 2011                 /s/ T. Zindel for M. Beckwith
                                       MICHAEL BECKWITH
12                                     Assistant U.S. Attorney
13
14                              **O R D E R**
15
16     The status conference is continued to June 10, 2011, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 June 10, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21     IT IS SO ORDERED.
22 Dated:  May 10, 2011
23
24                                     _____
                                       GARLAND E. BURRELL, JR.
25                                     United States District Judge
26
27
28

Stip & Order                        -2-