1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) CR S-2:10-0432 GEB
                                  )
12                    Plaintiff,  ) STIPULATION AND [PROPOSED] ORDER
                                  ) RESETTING STATUS CONFERENCE
13            v.                  ) AND EXCLUDING TIME UNDER
                                  ) THE SPEEDY TRIAL ACT
14                                )
    MICHAEL JAMES TAYLOR          )
15                                )
                      Defendant.  )
16  _____)

17

18       The United States of America, through its counsels of record,

19  Benjamin B. Wagner, United States Attorney for the Eastern District

20  of California, and Michael M. Beckwith, Assistant United States

21  Attorney, and defendant Michael James Taylor, through his counsel of

22  record, Timothy Zindel, Esq., hereby stipulate and agree that the

23  status conference set for June 10, 2011, be continued to June 24,

24  2011, at 9:00 a.m.

25       The parties need additional time for preparation.  Therefore,

26  the parties have agreed and respectfully request that the Court set

27  the date of June 24, 2011, at 9:00 a.m., for the status conference.

28       Accordingly, the parties stipulate that time be excluded

                                    1

pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United

States Code section 3161(h)(7)(B)(iv), to give the defendant time to

further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: June 6, 2011          By:   /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DATED: June 6, 2011          By:   /s/ Timothy Zindel
                                   TIMOTHY ZINDEL
                                   Attorney for Defendant
                                   MICHAEL JAMES TAYLOR

_____
                              **ORDER**

    UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

hereby ordered that this matter be set for further status conference

as set forth above.

    The Court finds excludable time as set forth above to and

including June 24, 2011.


    **IT IS SO ORDERED.**

**Dated:   June 7, 2011**

                              _____
                              **GARLAND E. BURRELL, JR.**
                              **United States District Judge**

2