DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-432 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| MICHAEL TAYLOR, ) | |
| ) | Date: June 24, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for June 24, 2011, may be continued to July 22, 2011, at 9:00 a.m.

    The Federal Defender substituted into the case at the last status conference, has requested additional discovery, and ordered some investigation. Additional time is needed to complete each of these tasks. Accordingly, the parties agree that the status conference may be continued to July 22, 2011, and that under the Speedy Trial Act may be

excluded through July 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  June 22, 2011               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MICHAEL TAYLOR


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  June 22, 2011               /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to July 22, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through July 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                               -2-