```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MICHAEL TAYLOR
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-432 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| MICHAEL TAYLOR, | ) |
|  | ) Date: July 22, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for July 22, 2011, may be continued to August 12, 2011, at 9:00 a.m.

The Federal Defender substituted into the case and has requested additional discovery, and ordered some investigation. Additional time is needed to complete each of these tasks. Accordingly, the parties agree that the status conference may be continued to August 12, 2011, and that

1  under the Speedy Trial Act may be excluded through August 12, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  July 21, 2011                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MICHAEL TAYLOR
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:  July 21, 2011                   /s/ T. Zindel for M. Beckwith
                                           MICHAEL BECKWITH
12                                         Assistant U.S. Attorney

13

14                             **O R D E R**

15

16     The status conference is continued to August 12, 2011, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 August 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21     IT IS SO ORDERED.

22 Dated:  July 21, 2011

23

24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge

26

27

28

Stip & Order                        -2-