DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-432 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| MICHAEL TAYLOR, | Date: August 12, 2011 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for August 12, 2011, may be continued to August 26, 2011, at 9:00 a.m.

The Federal Defender substituted into the case and has requested additional discovery, and ordered some investigation. Additional time is needed to complete each of these tasks. Accordingly, the parties agree that the status conference may be continued to August 26, 2011, and that

1  under the Speedy Trial Act may be excluded through August 26, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                            Federal Defender
5

6  Dated:  August 10, 2011          /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                            Attorney for MICHAEL TAYLOR
8

9                                          BENJAMIN B. WAGNER
                                            United States Attorney
10

11 Dated:  August 10, 2011          /s/ T. Zindel for M. Beckwith
                                            MICHAEL BECKWITH
12                                         Assistant U.S. Attorney

13

14                                **O R D E R**

15

16     The status conference is continued to August 26, 2011, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 August 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21     IT IS SO ORDERED.
22 Dated:  August 15, 2011

23
24                                 _____
                                            GARLAND E. BURRELL, JR.
25                                         United States District Judge

26
27
28

Stip & Order                        -2-