```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MICHAEL TAYLOR
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-432 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| MICHAEL TAYLOR, | ) |
|  | ) Date: August 26, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for August 26, 2011, may be continued to November 4, 2011, at 9:00 a.m.

The Federal Defender substituted into the case and has requested additional discovery, and ordered some investigation. Additionally, I will be gone on family medical leave from September 12, 2011 for 5 weeks and will not be available to complete that task until I return. Accordingly, the parties stipulate and agree that the interests of

justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 24, 2011                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL TAYLOR


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  August 24, 2011                 /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
```

## **O R D E R**

The status conference is continued to November 4, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through November 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                            -2-