DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL TAYLOR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-432 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| MICHAEL TAYLOR, | ) | |
| | ) | Date: November 4, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |


 IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for November 4, 2011, may be continued to December 9, 2011, at 9:00 a.m.

 The Federal Defender substituted into the case and has requested additional discovery, and ordered some investigation. Additionally, I recently returned from extended medical leave. Accordingly, the parties stipulate and agree that the interests of justice served by granting this

1  continuance therefore outweigh the best interests of the public and the
2  defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

6  Dated: November 3, 2011              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL TAYLOR


                                        BENJAMIN B. WAGNER
                                        United States Attorney


11 Dated: November 3, 2011              /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**


16    The status conference is continued to December 9, 2011, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21    IT IS SO ORDERED.

22 Dated: November 3, 2011

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                    -2-