1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:10-cr-432 GEB
                                )
14            Plaintiff,        )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
15     v.                       )  **AND EXCLUDING TIME**
                                )
16 MICHAEL TAYLOR,              )
                                )  Date:  December 9, 2011
17            Defendant.        )  Time:  9:00 a.m.
                                )  Judge: Garland E. Burrell, Jr.
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, MICHAEL TAYLOR, through their respective

22 attorneys, that the status conference presently scheduled for December 9,

23 2011, may be continued to January 13, 2012, at 9:00 a.m.

24     Defense counsel needs additional time to review with Mr. Taylor the

25 draft plea agreement.

26     Accordingly, the parties stipulate and agree that the interests of

27 justice served by granting this continuance therefore outweigh the best

28

1  interests of the public and the defendant in a speedy trial. 18 U.S.C.
2  §3161(h)(7)(B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:   December 8, 2011               /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MICHAEL TAYLOR
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:   December 8, 2011               /s/ T. Zindel for M. Beckwith
                                           MICHAEL BECKWITH
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15

16      The status conference is continued to January 13, 2012, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 January 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21      IT IS SO ORDERED.
22 Dated:   December 8, 2011

23
24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge

26
27
28

Stip & Order                    -2-