1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     ) No. 2:10-cr-432 GEB
                                 )
14          Plaintiff,            ) **STIPULATION AND ORDER**
                                 ) **CONTINUING STATUS CONFERENCE**
15     v.                        ) **AND EXCLUDING TIME**
                                 )
16 MICHAEL TAYLOR,               )
                                 ) Date: January 13, 2012
17          Defendant.            ) Time: 9:00 a.m.
                                 ) Judge: Garland E. Burrell, Jr.
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, MICHAEL TAYLOR, through their respective
22 attorneys, that the status conference presently scheduled for January 13,
23 2012, may be continued to February 17, 2012, at 9:00 a.m.
24      The parties seek additional time to complete an appraisal of the
25 real property that is the subject of a forfeiture claim.  The current
26 value of the property may affect the parties' resolution of the case.
27      Accordingly, the parties stipulate and agree that the interests of
28 justice served by granting this continuance therefore outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: January 10, 2012          /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for MICHAEL TAYLOR

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: January 10, 2012          /s/ T. Zindel for M. Beckwith
                                              MICHAEL BECKWITH
                                              Assistant U.S. Attorney

# **O R D E R**

    The status conference is continued to February 17, 2012, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: January 10, 2012

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge