1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )   No. 2:10-cr-432 GEB
                                )
14            Plaintiff,        )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
15      v.                      )   **AND EXCLUDING TIME**
                                )
16 MICHAEL TAYLOR,              )
                                )   Date:  February 17, 2012
17            Defendant.        )   Time:  9:00 a.m.
                                )   Judge: Garland E. Burrell, Jr.
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, MICHAEL TAYLOR, through their respective

22 attorneys, that the status conference presently scheduled for February

23 17, 2012, may be continued to March 2, 2012, at 9:00 a.m.

24      Defense requests a continuance so that the parties can consider the

25 effect on possible resolutions of a real property appraisal obtained this

26 week.

27      Accordingly, the parties stipulate and agree that the interests of

28 justice served by granting this continuance therefore outweigh the best

1  interests of the public and the defendant in a speedy trial. 18 U.S.C.
2  §3161(h)(7)(B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  February 15, 2012               /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MICHAEL TAYLOR
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:  February 15, 2012               /s/ T. Zindel for M. Beckwith
                                           MICHAEL BECKWITH
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15

16      The status conference is continued to March 2, 2012, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21      IT IS SO ORDERED.
22 Dated:  February 16, 2012
23
24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge
26
27
28

Stip & Order                        -2-