1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:10-cr-432 GEB
                                )
14            Plaintiff,        )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
15      v.                      )  **AND EXCLUDING TIME**
                                )
16 MICHAEL TAYLOR,              )
                                )  Date:  March 2, 2012
17            Defendant.        )  Time:  9:00 a.m.
                                )  Judge: Garland E. Burrell, Jr.
18 _____)

19

20

21     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendant, MICHAEL TAYLOR, through their respective
23 attorneys, that the status conference presently scheduled for March 2,
24 2012, may be continued to March 9, 2012, at 9:00 a.m.  The matter may be
25 calendared that day for change of plea.
26     The parties have reached a plea agreement but need a few days to put
27 the agreement in writing and to review it.  Accordingly, the partiesagree
28 that the interests of justice served by granting this continuance

1  outweigh the best interests of the public and the defendant in a speedy
2  trial, and ask the Court to exclude time through March 9, 2012, pursuant
3  to 18 U.S.C. §3161(h)(7)(B)(iv).

5                                       Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender

8  Dated:  March 1, 2012                /s/ T. Zindel
                                        TIMOTHY ZINDEL
9                                       Assistant Federal Defender
                                        Attorney for MICHAEL TAYLOR

11                                      BENJAMIN B. WAGNER
                                        United States Attorney

13 Dated:  March 1, 2012                /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
14                                      Assistant U.S. Attorney

16                              **O R D E R**

18     The status conference is continued to March 9, 2012, at 9:00 a.m.
19 For the reasons set forth above, the court finds that the ends of justice
20 to be served by a continuance outweigh the best interests of the public
21 and the defendant in a speedy trial and therefore excludes time through
22 March 9, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
23     IT IS SO ORDERED.

24 Dated:  March 1, 2012

                                        _____
26                                      GARLAND E. BURRELL, JR.
                                        United States District Judge