BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00432-GEB |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| MICHAEL JAMES TAYLOR, | ) | |
| Defendant. | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael James Taylor, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.   Pursuant to 21 U.S.C. § 853(a), defendant Michael James Taylor's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   A sub *res* in the amount of $60,000 in lieu of the real property located at 10348 Cedersong Road, Nevada City, California, APN: 04-420-66.

   2.   The sub *res* shall be paid at least seven days prior to sentencing.  If the sub *res* of $60,000 is not paid seven days prior to sentencing, then Michael James Taylor forfeits all of

his right, title, and interest in the real property located at 10348 Cedersong Road, Nevada City, California, APN: 04-420-66.

3. Michael James Taylor shall send the $60,000 sub *res* in the form of a cashier's check, payable to the U.S. Marshals Service, to the following address: U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, California 95814. Said funds shall be held by the U.S. Marshals Service pending further order of the Court.

4. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

5. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

6. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other

than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED.

Dated: May 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge