DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL TAYLOR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 2:10-CR-432 GEB |
|                                  ) | |
|               Plaintiff,         ) | **STIPULATION AND ORDER** |
|                                  ) | **REGARDING RELEASE AND** |
|       v.                         ) | **FORFEITURE** |
|                                  ) | |
| MICHAEL TAYLOR,                  ) | |
|                                  ) | |
|               Defendant.         ) | Judge: Hon. Dale A. Drozd |
|                                  ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, as follows.

1.  In his plea agreement, Mr. Taylor agreed to forfeit to the United States a substitute *res* of $60,000, in lieu of forfeiture of his real property.  The plea agreement required the sum to be paid seven days prior to sentencing.  On September 11, 2012, Mr. Taylor paid $30,000 by cashier's check.  That check is being held by the U.S. Marshals Service pending entry of the Final Order of Forfeiture after

1    sentencing.

2         2.   The parties agreed that the remaining $30,000 could be paid
3    using the $30,000 cash that Mr. Taylor posted to secure his pretrial
4    release.  Mr. Taylor was ordered released on November 5, 2010, on a
5    $100,000 secured bond, of which $70,000 was to be secured by real
6    property and $30,000 by cash.  Mr. Taylor posted the cash bond on
7    November 8, 2010.

8         3.   The parties agree that the $30,000 cash bond securing Mr.
9    Taylor's pretrial release may be exonerated and that the Clerk of the
10   Court may transfer the $30,000 cash posted to secure Mr. Taylor's
11   release to the U.S. Marshals Service for forfeiture purposes to satisfy
12   in full Mr. Taylor's agreement to forfeit a sub *res* in the amount of
13   $60,000 in lieu of real property located at 10348 Cedarsong Road,
14   Nevada City, California.  The parties recognize that this agreement
15   leaves the $70,000 property bond in place until the remaining bond is
16   exonerated after sentencing.  In other words, under this agreement, the
17   bond is to be reduced from $100,000 to $70,000 in order to release the
18   cash security.  Mr. Taylor has been on pretrial release for nearly two
19   years with no violations.

20        4.   Upon receipt by the U.S. Marshals Service of the $30,000 from
21   the Clerk of the Court, the United States agrees to record a Notice of
22   Withdrawal of Lis Pendens for the real property at 10348 Cedarsong
23   Road, Nevada City, California, APN: 04-420-66.  The Lis Pendens was
24   ///
25   ///
26   ///
27   ///
28   ///

Stip & Order                    -2-

1    recorded solely because of the pending forfeiture.  The property

2    portion of the release bond is secured by different real property.

3

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7    Dated:  October 23, 2012        /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for MICHAEL TAYLOR
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12   Dated:  October 23, 2012        /s/ M. Beckwith
                                     MICHAEL BECKWITH
13                                   Assistant U.S. Attorney

14

15                        **O R D E R**

16        The $100,000 bond securing Mr. Taylor's release is hereby

17   reduced to a $70,000 bond, secured by the real property already posted

18   in this case.  The $30,000 cash portion of the previous bond is hereby

19   exonerated.  The Clerk of the Court shall transfer the $30,000 to the

20   U.S. Marshals Service for forfeiture purposes to satisfy in full Mr.

21   Taylor's agreement to forfeit a sub *res* in the amount of $60,000 in

22   lieu of real property located at 10348 Cedarsong Road, Nevada City,

23   California.

24        IT IS SO ORDERED.

25   DATED: October 29, 2012.

26

27   dad1.crim
     taylor0432.stipord
28                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

     Stip & Order            -3-