UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell
Senior United States District Judge
Sacramento, California

                          RE:    Michael James TAYLOR
                                   Docket Number:   2:10CR00432-01
                                   <u>**PERMISSION TO TRAVEL**</u>
                                   <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The offender is requesting permission to travel to Belize; Bali, Indonesia, and Panama. Mr. Taylor is current with all supervision obligations, and the probation officer recommends approval be granted. While serving time on Pretrial Supervision, the Court allowed Mr. Taylor permission to travel to Belize and Bali for business purposes. There does not appear to have been any issues during the previous travel.

**Conviction and Sentencing Date:** On November 2, 2012, Michael James Taylor was sentenced for the offense(s) of 18 USC 841 (a)(a) - Manufacturing Marijuana (CLASS D FELONY) and 21 USC 853 (a) (1) - Forfeiture.

**Sentence Imposed:** He was sentenced to 39 days custody Bureau of Prisons (time served); 36 - month Term of Supervised Release; $100 special assessment. Special conditions include: Search; Financial disclosure; Substance abuse correctional treatment and testing ; Aftercare co-payment for treatment or testing; Location monitoring for 6 months; and Drug registration.

**Dates and Mode of Travel:** Belize, December 16-23, 2012; Bali, Indonesia, February 24, 2013, to April 7, 2013; and Panama, 2-3 weeks during April 2013. All travel will be by air.

RE:   Michael James TAYLOR
      Docket Number:   2:10CR00432-01
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Travel to Belize in December is requested to finalize a corporation for business development and research properties for sustainable living communities.

Travel to Bali, Indonesia, is necessary due to a property he and his wife own that is undergoing a remodel and there are issues completing the pool. Also, he owns two properties where remodeling was begun and not finished. He would also like to attend and be a part of several different Hindu religious ceremonies in the community with his wife and child. He reports he and his wife must both file year-end taxes on the properties as well as personal year-end taxes.

Travel to Panama is requested for April 2013 so he and his father can research the possibility of working together doing "business" in Panama. He reports he has traveled there in the past and he needs to re-connect with possible business partners and familiarize himself with professionals in forming a Foundation/Corporation.

Upon his return from his travel, he will begin the home confinement part of his sentence.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

DATED:   November 29, 2012
         Roseville, California
         SRS:jc

                /s/ Kyriacos M. Simonidis
**REVIEWED BY:**   _____
                **KYRIACOS M. SIMONIDIS**
                **Supervising United States Probation Officer**

**RE:** **Michael James TAYLOR**
**Docket Number:   2:10CR00432-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

ORDER OF THE COURT:

Approved     X                              Disapproved

Dated:  December 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge