BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00432-GEB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL JAMES TAYLOR, | |
| Defendant. | |

WHEREAS, on May 22, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Michael James Taylor forfeiting to the United States the following property:

 a.  A sub res in the amount of $60,000 in lieu of the real property located at 10348 Cedersong Road, Nevada City, California, APN: 04-420-66.

AND WHEREAS, beginning on May 27, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

1        Accordingly, it is hereby ORDERED and ADJUDGED:

2        1.        A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

3  right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of

4  according to law, including all right, title, and interest of Michael James Taylor.

5        2.        All right, title, and interest in the above-listed property shall vest solely in the name of the

6  United States of America.

7        3.        The U.S. Marshals Service shall maintain custody of and control over the subject

8  property until it is disposed of according to law.

9        SO ORDERED.

10  **Date:  12/21/2012**

11

12  _____
   GARLAND E. BURRELL, JR.
13  Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2